IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| DENISE K. WATSON<br><br>    Plaintiff<br><br>vs.<br><br>UNITED CONSUMERS, INC.<br><br>    Defendant | CIVIL ACTION NO.: 3:10-CV-174(HEH) |

### DECLARATION OF JERRY T. FOSSELMAN IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

I, Jerry T. Fosselman, declare:

1. I am the Practice Administrator for Commonwealth Radiology, P.C.

2. If called upon to testify, I could and would competently testify to the matters contained herein based upon my personal knowledge.

3. Attached hereto as Exhibit A is a true and correct copy of the Settlement Agreement made February 11, 2010 by and between Denise L. Watson and Commonwealth Radiology, P.C.

I declare under the penalty of perjury and the laws of the United States of America that the foregoing is true and correct. This Declaration is executed this _17th_ day of May, 2010 at _Richmond_, Virginia.

_____
Jerry T. Fosselman

1